**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | )   **Criminal No. RDB-26-CR-0178** |
| **TERESA DESY MAJO,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### ORDER

Upon consideration of the Government's Motion to Unseal the Indictment and Warrant in the above-captioned case, it is hereby **ORDERED** that the Indictment and Arrest Warrant are **UNSEALED**.

Dated: _June 12, 2026_

_____
The Honorable Chelsea J. Crawford
United States Magistrate Judge